IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------- :
UNITED STATES OF AMERICA            :
                                    : CASE NO.   1:06CR185
                          Plaintiff :
                                    :
            -vs-                    :
                                    :
EMMERT ANTHONY SAUNDS               : <u>ORDER ACCEPTING PLEA</u>
   aka Hopley Webber                : <u>AGREEMENT AND JUDGMENT AND</u>
   aka Cedrick Hanson               : <u>NOTICE OF HEARING</u>
                          Defendant :
---------------------------------------------------- 

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli regarding the change of plea hearing and plea agreement of Emmert Anthony Saunds which was referred to the Magistrate Judge with the consent of the parties.

  On 12 April 2006, the government filed a one-count indictment against Emmert Anthony Saunds for illegal reentry in violation of 8 U.S.C. ¶ 1326.  On 5 May 2006, a hearing was held in which Emmert Anthony Saunds entered a plea of not guilty before Magistrate Judge William H. Baughman, Jr., waived his right to a detention hearing and executed a waiver.  On 25 August 2006, Magistrate Judge Vecchiarelli received Emmert Anthony Saunds' plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Emmert Anthony Saunds is found to be competent to enter a plea.  He understands his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Emmert Anthony Saunds is adjudged guilty of Count One in violation of 8 U.S.C. ¶ 1328.

Sentencing will be:

**19 October 2006 at 2:30 p.m.**

**Courtroom 19-A**
**19th Floor, United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.


Dated: 2 October 2006           /s/Lesley Wells
                                UNITED STATES DISTRICT JUDGE